# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 17, 2012

144651 & (112)

WALGREEN COMPANY,
 Plaintiff/Counter-Defendant-Appellant,

v

RDC ENTERPRISES. L.L.C.,
 Defendant/Counter-Plaintiff/Cross-
 Plaintiff/Cross-Defendant-Appellee,

and

CINCINNATI INSURANCE COMPANY,
 Defendant/Counter-Plaintiff/Cross-
 Defendant-Appellee,

and

HARLEYSVILLE LAKE STATES INS. CO.,
 Defendant/Counter-Plaintiff/
 Cross-Plaintiff-Appellee,

and

ICON IDENTITY SOLUTIONS, INC., and
LINDHOUT ASSOCIATES ARCHITECTS, A.I.A., P.C.,
 Defendants/Cross-Defendant-
 Appellees,

and

J. G. MORRIS, L.L.C., d/b/a  J. G. MORRIS COMPANY
 Defendant/Counter-Plaintiff/Cross Plaintiff/
 Cross-Defendant/Third-Party Plaintiff-Appellee,

and

ST. PAUL FIRE AND MARINE INSURANCE
COMPANY and ST. PAUL TRAVELERS,
 Defendants-Appellees,

and

TRC SERVICES,
 Defendant/Cross-Defendant,

and

PROVIDENCE STEEL & SUPPLY, INC.,
 Third-Party Defendant.

_____

SC: 144651
CoA: 293608
Livingston CC: 07-023023-CK

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

On order of the Chief Justice, the motion for amendment of the Court's order and for reinstatement is considered and, it appearing that the order of June 14, 2012 was entered erroneously, that order is vacated, and the application for leave to appeal is reinstated. It is further ordered that, pursuant to the stipulation signed by counsel for plaintiff-appellant Walgreen Co. and defendants Cincinnati Insurance Company and J. G. Morris, LLC, the application for leave to appeal, as it pertains to defendants Cincinnati Insurance Company and J. G. Morris, LLC is dismissed with prejudice and without costs.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 17, 2012                    _____
                                                    Clerk